Order issued November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00724-CV

**SCOT POYNOR AND KIMBERLY YVONNE MILES POYNOR, INDIVIDUALLY AND AS NEXT FRIEND OF SPENSER ALEXIS MILES, A MINOR, Appellants**

V.

**BMW OF NORTH AMERICA, LLC AND BMW (US) HOLDING CORP., Appellees**

## ORDER

Before Justices Bridges, FitzGerald, and Lang

Appellants' September 10, 2012 motion for rehearing is **DENIED**.


DAVID L. BRIDGES
JUSTICE